Eastern District of Kentucky
FILED

JUN 11 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

CRIMINAL ACTION NO. 26-66-REW

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**


V.            **NOTICE BY UNITED STATES OF INTENT TO FILE
INFORMATION**


**COREY ALLEN BURCH**                                        **DEFENDANT**

\* \* \* \* \*

The United States gives notice that it intends to file a criminal information

charging **COREY ALLEN BURCH** with a felony violation.  Therefore, the United

States moves the Court to assign this matter a date for the filing of the information.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY


By: /s/ Aubrey McGuire Girouard
Aubrey McGuire Girouard
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4895
Aubrey.Girouard@usdoj.gov

## CERTIFICATE OF SERVICE

On June 10, 2026, I emailed a copy of this notice to:

Thomas C. Lyons
*Attorney for Corey Allen Burch*

/s/ *Aubrey McGuire Girouard*
Assistant United States Attorney